1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN KERZNER, individually, and on behalf of all others similarly situated,**<br><br>Plaintiff,<br>vs.<br><br>**STREET KING LLC dba SK ENERGY SHOTS, LLC; PURE GROWTH PARTNERS, LLC,**<br><br>Defendants. | Case No: 2:14-cv-01432-JAK (SH)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>**JS-6** |

ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL
CASE NO.: 14-CV-01432-JAK-SH

1  Having considered Plaintiff RYAN KERZNER'S ("Plaintiff") Request for
2  Voluntary Dismissal of the action against Defendants STREET KING LLC dba SK
3  ENERGY SHOTS, LLC; and PURE GROWTH PARTNERS, LLC, the Court
4  hereby **ORDERS** the action dismissed in its entirety WITHOUT prejudice.

**IT IS SO ORDERED**.

Date:     May 21, 2014

**Hon. John A. Kronstadt**
**United States District Judge**